CHIEF JUSTICE McGRATH, JUSTICES COTTER, SHEA and BAKER concur.

**DOUGLAS W. JOHNSON,**
**Plaintiff and Appellee,**
v.
**WAYNE S. HANSEN TRUST; THE**
**STATE OF MONTANA; THE DEPARTMENT**
**OF REVENUE of the State of Montana;**
**POWELL COUNTY, a body politic and**
**corporate and political subdivision of the**
**State of Montana; LISA D. SMITH, as**
**Treasurer of Powell County, the unknown**
**heirs, unknown devisees and unknown creditors**
**of each of the above described individual**
**Defendants who may now be deceased; and**
**all other persons, unknown, claiming or who**
**might claim any right title, estate or interest in**
**or lien or encumbrance upon the real property**
**described in the complaint adverse to Plaintiff's**
**title thereto, whether such claim or possible**
**claim be present or contingent,**
**Defendants and Appellant.**

### ORDER

On March 1, 2016, we issued an opinion in the above-entitled matter, affirming the Third Judicial District Court's orders. Appellant

Wayne S. Hansen Trust ("the Trust") timely filed a Petition for Rehearing on March 15, 2016, and Johnson filed his objection to the rehearing request on March 30, 2016. The Court, having considered the Petition and the objection, has determined to grant the Petition to the extent necessary to partially revise the analysis set forth in the opinion. The outcome is unaffected.

IT IS ORDERED that the Petition for Rehearing is GRANTED IN PART. This Court's March 1, 2016 Opinion in DA-14-0478, *Johnson v. Wayne S. Hansen Trust*, 2016 MT 46, is hereby AMENDED and a revised Opinion is issued this date.

The Clerk of Court is directed to mail a true copy hereof to all counsel of record.

DATED this 3rd day of May, 2016.

/S/ MIKE McGRATH
/S/ JIM RICE
/S/ PATRICIA COTTER
/S/ JAMES JEREMIAH SHEA
/S/ BETH BAKER